SHELLA DEEN -- BAR NO. 149735
CATOSHA L. WOODS – BAR NO. 228640
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

Attorneys for Defendant
SOLAR COMPONENTS, LLC,
a Delaware Limited Liability Company

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN SCHULHOF, individually; and THE SCHULHOF GROUP, LLC a Utah Limited Liability Company<br><br>Plaintiffs,<br><br>vs.<br><br>SOLAR COMPONENTS, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | No. 5:11-cv-06590-PSG<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TO TIME TO RESPOND TO COMPLAINT<br><br>Courtroom 5<br>Judge: Magistrate Paul S. Grewal |

Pursuant to Local Rule 6.1(a), the parties hereby stipulate to an extension of time for Defendant Solar Components, LLC to respond to Plaintiff's December 21, 2011 Complaint.

**RECITALS**

1. Plaintiffs Nathan Schulhof and Schulhof Group, LLC; filed this action on December 21, 2011 for Breach of Contract, Fraud and Breach of Oral Agreement ("Complaint).

2. Defendant Solar Components, LLC's responsive pleading is currently due on January 11, 2012.

3. Defendant recently obtained counsel and requires additional time to consult with counsel and determine the appropriate response to the Complaint; and

-1-
Stipulation and [~~Proposed~~] Order to Extend Time to Respond to Complaint
\\HFJAFS\NDrive\PENDING00084352\Ple\865454.doc

4. Defendant has requested, and Plaintiffs have granted, an extension to respond to the Complaint to January 20, 2012. The extension will not alter the date of any event or any deadline already set by Court order;

**STIPULATION**

5. Pursuant to Rule 6.1(a), Defendant Solar Components, LLC through its attorneys, and Plaintiffs Nathan Schulhof, The Schulhof Group, LLC through its attorneys, hereby stipulate and agree that the time for Defendant to answer or otherwise respond to the Complaint shall be extended a further 8 days, up to and including January 20, 2012, and request that this Court enter the accompanying proposed order to that effect.

DATED: January 10, 2012

Respectfully submitted,

HOGE, FENTON, JONES & APPEL, INC.

By /s/
SHELLA DEEN
Attorneys for SOLAR COMPONENTS, LLC

DATED: January 10, 2012

BARTLETT, LEADER-PICONE & YOUNG, LLC

By /s/
MALCOLM LEADER-PICONE
Attorneys for NATHAN SCHULHOF AND THE SCHULHOF GROUP, LLC

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: January 11, 2012

By [signature]
United States District Magistrate Judge

-2-
Stipulation and [~~Proposed~~] Order to Extend Time to Respond to Complaint
\\HFJAFS\NDrive\PENDING00084352\Ple\865454.doc